# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1394
Lower Tribunal No. 19-16957-FC-04
_____

**Pierre Marc Malek,**
Appellant,

vs.

**Marguerite Malek,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jason Emilios Dimitris, Judge.

Nancy A. Hass, P.A., and Nancy A. Hass (Hollywood); Abramowitz and Associates and Jordan B. Abramowitz, for appellant.

Paul A. McKenna & Associates, P.A., and Paul A. McKenna; Crabtree, Auslander & Tackenberg LLC and Charles M. Auslander and John G. Crabtree and Brian Tackenberg, for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.